1  PACIFIC TRIAL ATTORNEYS
   A Professional Corporation
2  Scott J. Ferrell, Bar No. 202091
   sferrell@pacifictrialattorneys.com
3  Victoria C. Knowles, Bar No. 277231
   vknowles@pacifictrialattorneys.com
4  4100 Newport Place Drive, Ste. 800
   Newport Beach, CA 92660
5  Tel: (949) 706-6464
   Fax: (949) 706-6469
6
7  Attorneys for Plaintiff

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

11  MILTITA CASILLAS, individually and on      Case No. 3:25-cv-02001-H-MSB
    behalf of all others similarly situated,
12
                                               **PLAINTIFF'S NOTICE OF**
13          Plaintiff,                         **VOLUNTARY DISMISSAL**
                                               **PURSUANT TO FEDERAL RULE OF**
14          v.                                 **CIVIL PROCEDURE 41(a)(1)(A)(i)**

15  KENDRA SCOTT, LLC, a Tennessee
    entity, d/b/a                              Complaint Filed: July 7, 2025
16  WWW.KENDRASCOTT.COM,                       Removed: August 5, 2025

17          Defendants.

18

19

20

21

22

23

24

25

26

27

28

TO THE COURT, CLERK AND ALL PARTIES OF RECORD, please take notice that Plaintiff Miltita Casillas ("Plaintiff") respectfully requests dismissal of the instant action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure *with prejudice* as to Plaintiff's individual claims, and *without prejudice* as to the putative class. Defendant has not filed or served an answer to Plaintiff's Complaint, nor filed a motion for summary judgment.

Dated:  August 18, 2025

Respectfully submitted,

PACIFIC TRIAL ATTORNEYS

By: */s/ Scott J. Ferrell*
Scott J. Ferrell
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2025, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.